SOL NOVIE, Respondent, v. PAULINE NOVIE, Appellant.— Order adjudging defendant in contempt reversed upon the law, with ten dollars costs and disbursements, motion denied, with ten dollars costs, and fine remitted, without prejudice to renewal. The order is defective in that it does not contain a recital that defendant's disobedience was calculated to or actually did defeat, impair, impede or prejudice the rights of the plaintiff. Furthermore, the infliction of a fine as punishment for contempt of court in not paying a fine inflicted for a contempt of court was unwarranted. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE MANNINO, Appellant.— Appeal dismissed, it appearing that the record contains no judgment of conviction, that sentence was deferred prior to the taking of the appeal, and that no sentence has ever been imposed. Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD T. MINOR, Appellant, v. WILLIAM E. WALSH and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents.— Order dismissing certiorari order reversed upon the law and the facts, without costs, and proceeding remitted to the board of standards and appeals to reconsider the application and to make a determination in accord with the present position of the relator who agrees to a greater setback of his proposed gasoline station to a reasonable degree. While we adhere to the principle that we will not interfere with a proper exercise of discretion by the board of standards and appeals, we are of opinion that the action of the board in the present case was arbitrary and an abuse of discretion. The board should also consider whether some greater permission to operate machinery should be allowed in view of the uses to which almost all the adjacent property is devoted. Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ., concur.

In the Matter of the Application of JOHN RAWLE BROTHERTON for Admission to the Bar. (From the State of Nebraska.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of LEE JOHNSON for Admission to the Bar. (From the State of Pennsylvania.) — Application granted. Present — Lazansky P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of PHILIP J. MIELE for Admission to the Bar. (From the State of New Jersey.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of SAMUEL ROSENFELD for Admission to the Bar. (From the State of New Jersey.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of HENRY C. TURNER for Admission to the Bar. (From the State of New Hampshire.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.